## McINTYRE v. McINTYRE

[362 N.C. 503 (2008)]

STEVE McINTYRE v. VICKI McINTYRE

No. 58A08

(Filed 10 October 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 188 N.C. App. 26, 654 S.E.2d 798 (2008), affirming an order entered 31 July 2001 and a judgment and order entered 3 December 2004, both by Judge Chester C. Davis, and dismissing an appeal from an order entered 27 June 2000 by Judge Victoria L. Roemer, all in District Court, Forsyth County. Heard in the Supreme Court 9 September 2008.

*Tash & Kurtz, PLLC, by Jon B. Kurtz; and Robinson & Lawing, LLP, by Michelle D. Reingold, for plaintiff-appellant.*

*Bell, Davis & Pitt, P.A., by Robin J. Stinson; and Gatto Law Offices, P.A., by Joseph·J. Gatto, for defendant-appellee.*

PER CURIAM.

AFFIRMED.